Jeffrey I. Hasson
Hasson Law, LLC
Attorney at Law
12707 NE Halsey St.
Portland, OR 97230
Phone:  (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: hasson@hassonlawllc.com
Washington State Bar No. 23741
Attorney for Rent Recovery Solutions, LLC

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DARYL CHRISTIAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>RENT RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | Case No.:<br><br>NOTICE OF REMOVAL |

Please take notice that defendant Rent Recovery Solutions, LLC hereby removes this action from the Superior Court in and for King County, State of Washington to the United States District Court for the Western District of Washington at Seattle.

1.      Defendant is a party in a civil action brought against it in the Superior Court in and for King County, State of Washington entitled: "DARYL CHRISTIAN, Plaintiff, v. RENT RECOVERY SOLUTIONS, LLC, Defendant, (Unfiled)."  A copy of the summons and complaint in that action are attached to this notice and constitute all process, pleadings, and orders served on Rent Recovery Solutions, LLC in that action up to the present date.

2.      The state court action was commenced when the summons and complaint were delivered to Rent Recovery Solutions, LLC's representative on May 15, 2017.  Plaintiff has not filed the Complaint in the Superior Court of the State of Washington for the County of King.

NOTICE OF REMOVAL -- 1
Case No.

Hasson Law, LLC
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

Defendant has filed no pleadings in this cause.  This notice of removal is filed within 30 days after service of process on Rent Recovery Solutions, LLC

3.    This is an action of civil nature over which this court has original jurisdiction pursuant to 15 USC § 1692k in that it is a liability allegedly created under the Fair Debt Collection Practices Act, 15 USC § 1692 et seq.,

4.    This notice is signed pursuant to FRCP 11.

Dated:  June 6, 2017.

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA#23741
Hasson Law, LLC
Phone:  (503) 255-5352
Attorney for Rent Recovery Solutions, LLC

NOTICE OF REMOVAL -- 2
Case No.

Hasson Law, LLC
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124

Certificate of Service

I hereby certify that on <u>June 6, 2017</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: <u>T. Tyler Santiago and Jason D. Anderson</u> and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

<u>s/ Jeffrey I. Hasson</u>
Jeffrey I. Hasson, WSBA#23741
Attorney for Rent Recovery Solutions, LLC
Hasson Law, LLC
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
E-Mail: <u>hasson@hassonlawllc.com</u>

NOTICE OF REMOVAL -- 3
Case No.

Hasson Law, LLC
Attorneys at Law
12707 NE. Halsey Street
Portland, OR  97230
Telephone No. (503) 255-5352
Facsimile No. (503) 255-6124